# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

UNITED STATES OF AMERICA     §

    §

    §      **CRIMINAL NO. 7:24-00454**

v.     §

    §

MARCELO VILLARREAL VILLAREAL §

## ACCEPTANCE STATEMENT

My name is **MARCELO VILLARREAL VILLAREAL,** I have plead guilty to the indictment brought against me and I accept responsibility for the offense listed in the indictment. I am truly remorseful and sorry for the embarrassment I have brought upon my country, my family and myself. I plan to make every effort I can to redeem myself. I now truly understand the severity of my conduct.

_____

**MARCELO VILLARREAL VILLAREAL**

June - 12 - 2024
_____

**DATE**