United States District Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **CRIMINAL NO.: 7:24-CR-454** |
| | § | |
| **MARCELO VILLARREAL VILLARREAL** | § | |

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2 (b) of the Federal Code of Criminal Procedure this Court now enters a Preliminary Order of Forfeiture and makes the following findings:

1. On April 3, 2024, an Indictment was entered against Marcelo Villarreal-Villarreal ("Defendant"), charging him with attempting to unlawfully export wildlife, in violation of Title 16, U.S.C. §§ 3372(a)(1), 3372(a)(4), and 3373(d)(1), and Title 18 United States Code, § 2. The Criminal Indictment included a Notice of Forfeiture pursuant to Title 16 U.S.C § 3374, 28 U.S.C. § 2461(c) and 19 U.S.C. § 1595a(c), in which the United States sought forfeiture of seized property, including, but not limited to:

   a. A silver 2016 Dodge Lariat pickup truck, with Mexican license plate no. VV-5647-A, VIN: 3C6SRBET2GG2414412:
   b. A blue 2013 Aermotor stock trailer, with Nuevo Leon Mexico license plate no. 8-NN-2274, Series: 1493, No VIN; and
   c. Any title to, property interest in, right to, and financial interest in or traceable to, Six Arabian Oryx, including any cash and other monetary value in lieu of;

(the "Subject Property").

2. On June 12, 2024, the Defendant pleaded guilty to Count Two of the Indictment and agreed to the forfeiture of the Subject Property. This Court, having considered the Defendant's plea, has found the Defendant guilty of attempting to unlawfully export wildlife.

3. As a result of the foregoing, the Court finds that the Subject Property is forfeited to the United States and that the United States has forfeiture of said property against the Defendant.

Said forfeiture shall be final as to the Defendant at sentencing and will be included in the Defendant's sentence and judgment.

4. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the seized property in an ancillary proceeding. Any person, other than the defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the seized property pursuant to 21 U.S.C. § 853(n). The petition shall be filed with the United States District Clerk, Southern District of Texas, McAllen Division, United States Courthouse, 1701 W. Business Hwy 83, McAllen, TX, 78501. A copy of the petition shall be sent to Ted Parran, Assistant United States Attorney, 1701 W. Business Hwy 83, Suite 600, McAllen, TX, 78501.

5. Upon adjudication of all third-party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2 (c)(2).

SIGNED this __2nd__ day of ___July_____, 2024.

_Drew B. Tipton_
DREW B. TIPTON
U.S. DISTRICT COURT JUDGE